GIBSON COMPANY, Appellant, vs. BROWN, Respondent.

For the appellant: *Lloyd D. Mitchell* of Oshkosh.
For the respondent: *O'Melia & Kaye* of Rhinelander.
*By the Court.*—Judgment affirmed.

*November 6, 1934.*

KELLEY, Plaintiff, vs. INDUSTRIAL COMMISSION and others, Defendants.
[Two notices of appeal.]

For the plaintiff: *F. J. Smith* of Merrill.
For the defendants Tomahawk Motor Company and Employers Mutual Liability Insurance Company: *Carlyle B. Wurster* of Merrill.
For the defendant Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.
*By the Court.*—Judgment affirmed on both appeals.

ESTATE OF WETZKER: ERDMANN, Executor, Appellant, vs. KROLL, Respondent.

For the appellant: *Lilian M. Kohlmetz* of Milwaukee.
For the respondent: *George J. Graebner* of Milwaukee.
*By the Court.*—Judgment affirmed.